FILED
November 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-cr-00311-JAM |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| ESTHER LYNNE ROBERTSON, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ESTHER LYNNE ROBERTSON, Case No. 2:13-cr-00311-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00

    _X_   Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 11/14/2013 at 2:50 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge