LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ESTHER LYNNE ROBERTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:13-CR-0311 KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO MODIFY PRETRIAL** |
|  | ) **RELEASE CONDITIONS** |
| ESTHER LYNNE ROBERTSON, | ) |
| Defendant. | ) |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant's pretrial release terms be modified as follows:

The travel condition shall include the Northern District of California, for employment purposes. All other release conditions remain.

///

///

///

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. ROBERTSON

Respectfully submitted,

Dated:  August 11, 2014                 /s/ Chris Cosca
                                        CHRIS COSCA
                                        Attorney for Defendant


Dated:  August 11, 2014                  /s/ Chris Cosca for
                                        MATTHEW SEGAL
                                        Assistant US Attorney
                                        Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERD.**

All other terms of the defendant's release shall remain in full force and effect

Dated: August 12, 2014

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. ROBERTSON