
FILED
OCT 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  CHRIS COSCA (SBN 144546)
   Law Offices of Chris Cosca
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   ESTHER LYNNE ROBERTSON
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:13-CR-0311 KJM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER TO REMOVE PRETRIAL RELEASE SUPERVISION |
| ESTHER LYNNE ROBERTSON, | ) | Date: October 28, 2014<br>Time: 2:00 p.m.<br>Courtroom: 27<br>Honorable Dale A. Drozd |
| Defendant. | ) | |

There being no opposition,

**IT IS HEREBY ORDERED** that Defendant Esther Robertson be removed from pretrial release supervision. All other terms and conditions of pretrial release remain.

DATED: October 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE